IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:15CR246 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANE M. WIBBELS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to restrict (Filing No. 26). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted, The motion for below guideline sentence; sentencing memorandum and index of exhibits in support of sentencing memorandum shall be filed as restricted.

DATED this 7th day of April, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court